# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Facebook.com Account Identified by<br>GroupID 100001912692652 | )<br>)<br>) Case No. 11-376-M-01<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Northern__ District of __California__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein and included as part of the Application for a Search Warrant.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B incorporated herein and included as part of the attached Affidavit.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __JUN 23 2011__
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Alan Kay__
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30)*
☐until, the facts justifying, the later specific date of _____.

Date and time issued: __JUN 9 2011 / 1:53 PM__

_____
*Judge's signature*

City and state: __Washington, D.C.__  __Alan Kay, United States Magistrate Judge__
*Printed name and title*

| Return | | |
|---|---|---|
| Case No. 11-376-M-01 | Date and time warrant executed June 9, 2011 1600 | Copy of warrant and inventory left with Facebook.com |
| Inventory made in the presence of: Jason Brumbelow | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Document containing IP login information and electronic messages associated with Facebook.com Account identified by Group ID 100001912692652

**FILED**
AUG - 1 2011
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1 Aug. 2011

*Jason Brumbelow*
Executing officer's signature

Jason Brumbelow, Special Agent
Printed name and title